IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01602-BNB

ANDRE DAVID LEFFEBRE,

    Applicant,

v.

ERIC HOLDER, and
CHARLES E. SAMUELS,

    Respondents.

ORDER OF DISMISSAL

    Applicant, Andrew David Leffebre, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary, Administrative Maximum, in Florence, Colorado.  He submitted *pro se* an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1) and a document titled "Application to Proceed in District Court Without Prepaying Fees or Costs" (ECF No. 2) in the United States District Court for the District of Columbia, which on June 19, 2013, transferred the action to this Court.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court determined the submitted documents were deficient.

    On June 21, 2013, Magistrate Judge Boyd N. Boland ordered Mr. Leffebre to cure certain deficiencies in the case within thirty days if he wished to pursue his claims in this Court.  Specifically, Mr. Leffebre was directed either to pay the $5.00 filing fee or submit on the proper, Court-approved form a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action.  The June 21

order also directed him to file on the proper Court-approved form an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 that named his custodian as the proper Respondent. The June 21 order warned Mr. Leffebre that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice.

Mr. Leffebre has failed within the time allowed to cure the designated deficiencies or otherwise to communicate with the Court in any way. Therefore, the Court will deny the application and dismiss this action for failure to cure deficiencies and failure to prosecute.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Leffebre files a notice of appeal he also must pay the full $455.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1) is denied and the action dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Applicant, Andre David Leffebre, to cure the deficiencies designated in the order of June 21, 2013, and for his failure to prosecute. It is

FURTHER ORDERED that the document titled "Application to Proceed in District

Court Without Prepaying Fees or Costs" (ECF No. 2) is denied as moot. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is

FURTHER ORDERED that any other pending motions are denied as moot.

DATED at Denver, Colorado, this  30th  day of   July  , 2013.

BY THE COURT:

 s/ Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court